NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHOCKWAVE MEDICAL, INC.,**
*Appellant*

**v.**

**CARDIOVASCULAR SYSTEMS, INC.,**
*Appellee*

---

2020-2251

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00409.

---

## JUDGMENT

---

DAVID C. MCPHIE, Irell & Manella LLP, Newport Beach, CA, argued for appellant. Also represented by STEPHEN PAYNE; MICHAEL RICHARD FLEMING, Los Angeles, CA; WILLIAM ALCIATI, GREG GARDELLA, Gardella Grace PA, Washington, DC.

MARK CHRISTOPHER NELSON, Barnes & Thornburg LLP, Dallas, TX, argued for appellee. Also represented by JUANITA DELOACH; JEFFREY STONE, Minneapolis, MN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, CHEN, and HUGHES, *Circuit Judges*).

### AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

January 18, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court